# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1188. JERRY LOVEJOY v. GEICO GENERAL INSURANCE COMPANY AS SUBROGEE OF OMENCIA SCOTT.

Geico General Insurance Company obtained a default judgment against Jerry Lovejoy in state court. Six months later, Lovejoy filed a motion to vacate and set aside the judgment under OCGA § 9-11-60 (d). After the state court denied the motion, Lovejoy appealed directly to this Court. We lack jurisdiction.

The denial of a motion to set aside a final judgment under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Lovejoy failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this appeal from the state court's order denying his motion to set aside the judgment. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/27/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*